The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHINANDAN BHUNIA, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01868-TL <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY |

THIS MATTER, having come before the Court upon Defendants' Unopposed Motion to Stay, the Court having reviewed Defendants' Motion, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Stay is GRANTED. This matter is stayed through February 18, 2025.

Dated this  10th  day of  January , 2025.

_____
TANA LIN
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO STAY
[Case No. 2:24-cv-01868-TL] - 1

**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3800