1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABHINANDAN BHUNIA,

                          Plaintiff,

     v.

PAMELA BONDI, *et al.*,[1]

                       Defendants.

Case No. 2:24-cv-01868-TL

STIPULATED MOTION TO STAY
CASE IN ABEYANCE AND
[PROPOSED] ORDER

Noted for Consideration:
February 18, 2025

Plaintiff Abhinandan Bhunia brings this litigation pursuant to the Mandamus Act, seeking an order to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status.  This case is currently stayed through today.  Dkt. No. 9.  For good cause, the parties request that the Court continue the stay through March 4, 2025.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Attorney General Pamela Bondi for Merrick Garland; Secretary Kristi Noem for Alejandro Mayorkas; and Acting Director Jennifer Higgens for Ur Mendoza Jaddou.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01868-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

2  P. 1.

3      With additional time, this case may be resolved without the need of further judicial

4  intervention.  Plaintiff attended a meeting with USCIS this morning concerning the adjudication

5  of his Form I-485.  Additional time is necessary for the adjudication to be completed.  Once

6  adjudicated, this case will be moot.  Accordingly, the parties request that the Court hold the case

7  in abeyance until March 4, 2025.  The parties will submit a joint status report on or before March

8  4, 2025.

9      DATED this 18th day of February, 2025.

10                                  Respectfully submitted,

11                                  TEAL LUTHY MILLER
                                    Acting United States Attorney
12
                                    *s/ Michelle R. Lambert*
13                                  MICHELLE R. LAMBERT, NYS #4666657
                                    Assistant United States Attorney
14                                  United States Attorney's Office
                                    Western District of Washington
15                                  1201 Pacific Avenue, Suite 700
                                    Tacoma, Washington 98402
16                                  Phone: (206) 553-7970
                                    Fax:    (206) 553-4067
17                                  Email:  michelle.lambert@usdoj.gov

18                                  *Attorneys for Defendants*

19                                  *I certify that this memorandum contains 317*
                                    *words, in compliance with the Local Civil Rules*
20
                                    *s/ Abhinandan Bhunia*
21                                  ABHINANDAN BHUNIA
                                    2122 47TH Avenue SW
22                                  Seattle, Washington 98116
                                    Phone: 215-827-6849
23                                  Email:  abhi1.bhunia@gmail.com
                                    *Pro Se Plaintiff*
24

STIPULATED MOTION FOR ABEYANCE                        UNITED STATES ATTORNEY
[Case No. 2:24-cv-01868-TL] - 2                      1201 PACIFIC AVE., STE. 700
                                                        TACOMA, WA 98402
                                                         (253) 428-3800

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Abhinandan Bhunia¸ *Pro Se Plaintiff*
2122 47TH Avenue SW
Seattle, Washington 98116

DATED this 18th day of February, 2025.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone:  (206) 553-7970
Fax:    (206) 553-4073
Email:  Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01868-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1

~~[PROPOSED]~~ **ORDER**

2        The case is held in abeyance until March 4, 2025.  The parties shall submit a joint status

3  report on or before March 4, 2025.  It is so **ORDERED**.

4

5        DATED this 18th day of February 2025.

6

7        _____

8        TANA LIN
        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01868-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800