District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHINANDAN BHUNIA, <br><br> Plaintiff, <br><br> v. <br><br> PAMELA BONDI, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-01868-TL <br><br> STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> February 28, 2025 |

  Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiff brought this litigation pursuant to the Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status.  USCIS has adjudicated the Form I-485 and this case is now moot.

  DATED this 28th day of February, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Attorney General Pamela Bondi for Merrick Garland; Secretary Kristi Noem for Alejandro Mayorkas; and Acting Director Jennifer Higgens for Ur Mendoza Jaddou.

STIPULATED MOTION TO DISMISS AND
[PROPOSED] ORDER
[Case No. 2:24-cv-01868-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (206) 553-7970
Fax:     (206) 553-4067
Email:   michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 74 words, in compliance with the Local Civil Rules.*

*s/ Abhinandan Bhunia*
ABHINANDAN BHUNIA
2122 47TH Avenue SW
Seattle, Washington 98116
Phone: 215-827-6849
Email:   abhi1.bhunia@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-01868-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail, return receipt requested, postage prepaid, addressed as follows:

Abhinandan Bhunia, *Pro Se Plaintiff*
2122 47TH Avenue SW
Seattle, Washington 98116

DATED this 3rd day of February, 2025.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone:  (206) 553-7970
Fax:      (206) 553-4073
Email:   Stephanie.Huerta-Ramirez@usdoj.gov

**ORDER**

This case is DISMISSED without prejudice. It is so **ORDERED**.

DATED this 3rd day of March, 2025.

TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS AND
[PROPOSED] ORDER
[Case No. 2:24-cv-01868-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800